# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE CATHAN ANN BENCIVENGO)

| UNITED STATES OF AMERICA, | Case No. 19-CR-0706-CAB |
|---|---|
| v. | |
| EDUARDO ESTRADA, | **ORDER ON JOINT MOTION TO CONTINUE SENTENCING** |
| Defendant. | |

Upon joint motion filed and good cause shown, **IT IS HEREBY ORDERED** that the joint motion to continue is granted. Sentence with Presentence Report for defendant, EDUARDO ESTRADA, currently scheduled for June 4, 2021, at 9:30 a.m., shall be continued to August 6, 2021, at 9:30 a.m.

**IT IS SO ORDERED.**

Date: 6/2/2021

HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE